## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 254 Disciplinary Docket No. 3 |
| | : | |
| SANDRA COUCH COLLINS | : | Nos. 141 DB 1996 and 37 DB 1998 |
| | : | |
| PETITION FOR REINSTATEMENT | : | Attorney Registration No. 68169 |
| | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2022, the Petition for Reinstatement is granted. Petitioner is ordered to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).